**Rondell TONEY, Plaintiff—Appellant,**

v.

**UNITED STATES of America,; United States Marine Corps; Commandant of the United States Marine Corps, Defendants—Appellees.**

No. 04–2261.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 18, 2005.

Decided March 2, 2005.

Rondell Toney, Appellant pro se. James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Rondell Toney appeals the district court's order granting the Government's motion to dismiss Toney's civil action under the Federal Tort Claims Act as barred by the two-year statute of limitations of 28 U.S.C. § 2401(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Toney v. United States*, No. CA–03–126 (W.D.N.C. Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*